COM.

v.

**GARCIA, J.**

**316 MDA 2017**

Superior Court of Pennsylvania.

08/03/2017

CP–06–CR–0005594–2002

(Berks)

Affirmed

■

**COM.**

v.

**SLOAN, R.**

**1121 WDA 2016**

Superior Court of Pennsylvania.

08/03/2017

CP–61–CR–0000345–2014

(Venango)

Affirmed

COM.

v.

**DURHAM, G.**

**1705 WDA 2016**

Superior Court of Pennsylvania.

08/03/2017

CP–04–CR–0001860–2007

(Beaver)

Affirmed

■

**COM.**

v.

**ORTIZ, J.**

**2799 EDA 2015**

Superior Court of Pennsylvania.

08/04/2017

CP–51–CR–0012020–2009

CP–51–CR–0012023–2009

CP–51–CR–0012026–2009

(Philadelphia)

Affirmed